IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK JUDGE ROBINSON

------------------------------------------------------------------x

AMERICAN TALENT AGENCY, INC.,

                              Plaintiff,

                            Case No. _____

v.

ROWE ENTERTAINMENT, INC., LEONARD ROWE,
N&D ENTERTAINMENT, INC., NEAL WILSON and
DESHANNA WILSON,

                              Defendants.

------------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant N&D

Entertainment, Inc. states that there is no such parent corporation or publicly held corporation

that owns 10% or more of its stock.

Dated:  May 16, 2008
          New York, New York

                         Respectfully submitted,

                         **AKERMAN SENTERFITT LLP**
                         *Attorneys for Defendants N&D Entertainment, Inc.*

                         By:_____
                             Brian A. Bloom (BB5722)

                         335 Madison Avenue, Suite 2600
                         New York, New York 10017
                         T: 212-880-3800
                         F: 212-880-8965