Donald N. David (DD 5222)
Brian A. Bloom  (BB 5722)
**AKERMAN SENTERFITT LLP**
335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone:  212.880.3800
Facsimile:   212.880.8965

*Attorneys for Defendants N&D Entertainment,*
 *Neal Wilson and Deshanna Wilson*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
AMERICAN TALENT AGENCY, INC.,

                              *Plaintiff,*

v.

ROWE ENTERTAINMENT, INC., LEONARD ROWE,
N&D ENTERTAINMENT, INC., NEAL WILSON and
DESHANNA WILSON,

                              *Defendants.*
-------------------------------------------------------------------x

Case No.: 08 CV. 4541 (SCR)

**NOTICE OF MOTION**

**TO THE CLERK OF THIS HONORABLE COURT AND TO ALL PARTIES OF RECORD:**

     **PLEASE TAKE NOTICE THAT**, upon the annexed Declaration of Brian A. Bloom, dated May 28, 2008, with the exhibits annexed thereto, the Affidavit of Deshanna Wilson sworn to on May 23, 2008, along with the accompanying Memorandum of Law, pursuant to the "First to File Doctrine," Federal Rule of Civil Procedure Rules 12(b)(2), 12(b)(3), and 28 U.S.C. § 1404(a), the undersigned will move this Honorable Court before the Honorable Judge Stephen C. Robinson, U.S.D.J., at the Courthouse located at 300 Quarropas Street, Room 663, White Plains, New York 10601 at such date and time as may be convenient to the Court, for an Order:

(1)  Pursuant to Fed.R.Civ.P. Rule 12(b)(2) dismissing the within action as to Defendants Neal Wilson, Deshanna Wilson and N&D Entertainment, Inc. (the "Wilson Defendants") for lack of personal jurisdiction over each of them;

(2)  Pursuant to the "First to File Doctrine" dismissing the within action in favor of the first-filed action presently pending in the Superior Court of Muscogee County, Georgia (the "Georgia Action");

(3)  Pursuant to Fed.R.Civ.P. Rule 12(b)(3) and the common law doctrine of forum *non conveniens* dismissing the within action for improper or inconvenient forum;

(4)  Pursuant to 28 U.S.C. § 1404(a) and for the convenience of the parties and witnesses and in the interest of justice, transferring venue of this case to the United States District Court for the Middle District of Georgia; and

(5)  For such other and further relief as this Honorable Court may deem just and proper under the circumstances.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the briefing schedule agreed to by the Parties, opposition memoranda are due to be served on June 23, 2008. Reply Memoranda shall be served on all parties on July 14, 2008.

Dated: New York, New York
       May 28, 2008

AKERMAN SENTERFITT LLP

By: _____
    Donald N. David  (DD 5222)
    Brian A. Bloom   (BB 5722)

335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone: (212) 880-3800

*Attorneys for Defendants*
*Neal Wilson, Deshanna Wilson and*
*N&D Entertainment*

{NY032077;1}

## SERVICE LIST

To:

Clerk of the Court
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

### AND

Ira Scot Meyerowitz, Esq.
The Law Firm of Ira Scot Meyerowitz
*Attorneys for Plaintiff*
 *American Talent Agency, Inc.*
347 Fifth Avenue, Suite 1300
New York, New York 10016

### AND

Leonard Rowe, *Defendant*
5825 Glenridge Drive, Building 1, Suite 2187
Atlanta, Georgia 30328

### AND

Rowe Entertainment, Inc., *Defendant*
5825 Glenridge Drive, Building 1, Suite 2187
Atlanta, Georgia 30328

{NY032077;1}