IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AMERICAN TALENT AGENCY, INC.,

                                  Case No. 08-civ-4541

              Plaintiff,

v.

ROWE ENTERTAINMENT, INC., LEONARD ROWE,
N&D ENTERTAINMENT, INC., NEAL WILSON and
DESHANNA WILSON,

             Defendants.
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Elissa P. Fudim, do hereby certify under penalty of perjury, that I have, on this date, served the Notice of Motion, Declaration of Brian A. Bloom, dated May 28, 2008, with exhibits attached thereto, and the Memorandum of Law in Support of Defendants N&D Entertainment, Neal Wilson and Deshanna Wilsons' motion to dismiss the above-captioned case, or in the alternative to transfer the above-captioned case to the United States District Court for the Middle District of Georgia, by causing copies thereof to be filed via the court's ECF filing system, and sent via United States Mail, to:

        Ira Scot Meyerowitz, Esq.
        The Law Office of Ira Scot Meyerowitz
        *Counsel for Plaintiff*
        347 Fifth Avenue, Suite 1300
        New York, New York 10016

        - AND -

        Rowe Entertainment, Inc.
        *Defendant*
        5825 Glenridge Drive
        Building 1, Suite 2187
        Atlanta, GA 30328

- AND -

Leonard Rowe
*Defendant*
5825 Glenridge Drive
Building 1, Suite 2187
Atlanta, GA 30328


Dated: New York, New York
       May 28, 2008

                                            Elissa P. Fudim