IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
AMERICAN TALENT AGENCY, INC.,

*Plaintiff,*

vs.                                                    Case No.: 08 CV. 4541 (SCR)

ROWE ENTERTAINMENT, INC., LEONARD ROWE,        **STIPULATION OF**
N&D ENTERTAINMENT, NEAL WILSON and             **WITHDRAWAL**
DESHANNA WILSON,

*Defendants.*
-------------------------------------------------------------------x

**THE PARTIES HEREBY STIPULATE AND AGREE** that pursuant to Federal Rule of

Civil Procedure Rule 41(a)(1), the Plaintiff American Talent Agency, Inc. hereby withdraws each

and every claim asserted against defendants N&D Entertainment, Neal Wilson and Deshanna Wilson

in the Complaint dated April 24, 2008 as to defendants N&D Entertainment, Neal Wilson and

Deshanna Wilson only without costs and without prejudice. As and for additional consideration for

withdrawing the instant claims, defendant N&D Entertainment ("N&D") agrees that their

undersigned counsel shall accept service, via federal express, of Plaintiff's third-party complaint

against N&D in the action styled *Alexander, et al. v. Rowe Entertainment, et al.*, Civil Action No.

SU08 CV 1534-05, pending in Superior Court, Muscogee County, Georgia, in lieu of personal

service upon N&D.

DATED:      New York, New York
            June 27, 2008

LAW FIRM OF IRA SCOT MEYEROWITZ           AKERMAN SENTERFITT LLP

By: _____          By: _____
    Ira Scot Meyerowitz (IM 2449)             Donald N. David (DD 5222)

347 Fifth Avenue, Suite 1300             335 Madison Avenue, Suite 2600
New York, New York 10016                 New York, New York
Tel: (212) 686-7006                      Tel: (212) 880-3832
Fax: (212) 686-7113                      Fax: (212) 905-6409
*Attorneys for Plaintiff*                *Attorneys for Defendants*
                                         *N&D Entertainment, Neal*
                                         *Wilson and Deshanna Wilson*

{NY033993;1}