IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
AMERICAN TALENT AGENCY, INC.,

                                *Plaintiff*,         Case No.: 08 CV. 4541

v.                                                      **NOTICE OF WITHDRAWAL OF**
                                                              **MOTION TO DISMISS**

ROWE ENTERTAINMENT, INC., LEONARD ROWE,
N&D ENTERTAINMENT, INC., NEAL WILSON and
DESHANNA WILSON,

                                *Defendants*.
------------------------------------------------------------------x

      **PLEAS TAKE NOTICE** that, Defendants Neal Wilson, Deshanna Wilson, and N&D Entertainment (collectively "the Wilson Parties"), by and through their undersigned counsel, hereby withdraw their Motion to Dismiss or *In the Alternative* to Transfer Venue ("Motion") without prejudice, which Motion was filed on or about May 28, 2007, as the Parties have entered into a Stipulation withdrawing each and every claim against the Wilson Parties.

Dated: New York, NY
       July 11, 2008

                                                      Respectfully submitted,

                                                      AKERMAN SENTERFITT LLP

                                                    By: _____
                                                         Donald N. David (DD 5222)
                                                         Brian A. Bloom (BB 5722)
                                                         335 Madison Avenue, Suite 2600
                                                         New York, New York 10017
                                                         Telephone: (212) 880-3856

                                                     *Attorneys for the Wilson Parties*

SO ORDERED

_____
Stephen C. Robinson, U.S.D.J.