IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
AMERICAN TALENT AGENCY, INC.,

                *Plaintiff,*

vs.

ROWE ENTERTAINMENT, INC., LEONARD ROWE,
N&D ENTERTAINMENT, NEAL WILSON and
DESHANNA WILSON,

                *Defendants.*
------------------------------------------------------------------x

Case No.: 08 CV. 4541 (SCR)

*Partial* STIPULATION OF WITHDRAWAL *as to N&D Entainment, Neal Wilson & Deshanna Wilson.*

**THE PARTIES HEREBY STIPULATE AND AGREE** that pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), the Plaintiff American Talent Agency, Inc. hereby withdraws each and every claim asserted against defendants N&D Entertainment, Neal Wilson and Deshanna Wilson in the Complaint dated April 24, 2008 as to defendants N&D Entertainment, Neal Wilson and Deshanna Wilson <u>only</u> without costs and without prejudice.  As and for additional consideration for withdrawing the instant claims, defendant N&D Entertainment ("N&D") agrees that their undersigned counsel shall accept service, via federal express, of Plaintiff's third-party complaint against N&D in the action styled *Alexander, et al. v. Rowe Entertainment, et al.*, Civil Action No. SU08 CV 1534-05, pending in Superior Court, Muscogee County, Georgia, in lieu of personal service upon N&D.

DATED:    New York, New York
               June 27, 2008

| | |
|---|---|
| LAW FIRM OF IRA SCOT MEYEROWITZ | AKERMAN SENTERFITT LLP |
| By: _____ | By: _____ |
| Ira Scot Meyerowitz (IM 2449) | Donald N. David (DD 5222) |
| 347 Fifth Avenue, Suite 1300 | 335 Madison Avenue, Suite 2600 |
| New York, New York 10016 | New York, New York |
| Tel: (212) 686-7006 | Tel: (212) 880-3832 |
| Fax: (212) 686-7113 | Fax: (212) 905-6409 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants N&D Entertainment, Neal Wilson and Deshanna Wilson* |

SO ORDERED
_____
*[signature]*
*[illegible] D.J.*

Dated: Aug 4 2008

DATE FILED: _____